# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT G. OTTO, et al.,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 15-3217 |
| : | |
| **R. SETH WILLIAMS, et al.,** : | |
| Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 6th day of June, 2016, upon consideration of Plaintiffs' Second Amended Complaint (Doc. No. 27), Defendants' Motions to Dismiss (Doc. Nos. 32, 34), Plaintiffs' Response (Doc. No. 39), and all related submissions, it is hereby **ORDERED** that Defendants' Motions are **GRANTED**. The Second Amended Complaint is **DISMISSED with prejudice**. The Clerk shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**